IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00793-BNB

TONY L. CUNNINGHAM,

    Plaintiff,

v.

NANCY, Classifications,
DEPUTY ROBSON,
DEPUTY FREMAN,
DEPUTY ACKERMAN, and
SGT. GABRIEL,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 05 2008

GREGORY C. LANGHAM
              CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

At the time Plaintiff, Tony L. Cunningham, initiated the instant action, he was detained at the Arapahoe County Detention Facility in Englewood, Colorado. On April 28, 2008, Plaintiff submitted to the Court a Letter indicating that as of May 2, 2008, he no longer will be incarcerated and will be residing in Denver, Colorado.

Mr. Cunningham's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr.

Cunningham will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $350.00 filing fee to pursue his claims in this action. Accordingly, it is

ORDERED that Mr. Cunningham submit within thirty days from the date of this Order an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Plaintiff may elect to pay the $350.00 filing fee to pursue his claims in this action. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Cunningham, together with a copy of this Order, two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, used by nonprisoners in submitting an amended motion and affidavit. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant Order within thirty days the Complaint and action will be dismissed without further notice.

DATED May 5, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00793-BNB

Tony L. Cunningham
C/O Barney Trujillo
#402
Denver, CO 80203

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 the** above-named individuals on 6/5/08

                                                  GREGORY C. LANGHAM, CLERK

                                       By:_____
                                                   Deputy Clerk