FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 13 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00793-BNB

TONY L. CUNNINGHAM,

    Plaintiff,

v.

NANCY, Classifications,
DEPUTY ROBSON,
DEPUTY FREMAN,
DEPUTY ACKERMAN, and
SGT. GABRIEL,

    Defendants.

## ORDER OF DISMISSAL

At the time Plaintiff Tony L. Cunningham initiated the instant action, he was detained at the Arapahoe County Detention Facility in Englewood, Colorado. On April 28, 2008, he submitted to the Court a Letter indicating that as of May 2, 2008, he no longer will be incarcerated. Plaintiff also provided a notice of change of address.

Mr. Cunningham initiated this action by filing a *pro se* Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.§ 1915. In an order entered on May 5, 2008, Magistrate Judge Boyd N. Boland instructed Mr. Cunningham that because he no longer is incarcerated he is obligated to pay the filing fee like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. See *Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re*

*Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Magistrate Judge Boland ordered Plaintiff either to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or in the alternative to pay the $350.00 filing fee in full if he desired to pursue his claims in this action. Plaintiff was warned that the action would be dismissed without further notice if he failed to comply with the May 5, 2008, Order within the time allowed.

On May 13, 2008, the copy of the May 5 2008, Order that was sent to Plaintiff was returned to the Court in an envelope marked, "Attempted Unknown." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with Magistrate Judge Boland's May 5, 2008, Order within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice because Plaintiff failed to prosecute and to comply with the May 5, 2008, Order within the time allowed.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00793-BNB

Tony L. Cunningham
C/O Barney Trujillo
1420 Logan Street
#402
Denver, CO 80203

  I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** above-named individuals on   6/13/08

            GREGORY C. LANGHAM, CLERK

            By: _____
               Deputy Clerk